UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SPECIALTY MATBOARD CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:06-CV-0132-G |
| PREMIER DIECUTTING & ) | |
| MANUFACTURING, INC., ET AL., ) | **ECF** |
| ) | |
| Defendants. ) | |

## ORDER

This court has received notification that defendant Intercraft Company has filed a petition under Chapter 11 of the Bankruptcy Code. Pursuant to Section 362 of the Bankruptcy Code, an automatic stay of the claims against defendant Intercraft Company is now in effect. In an effort to manage this court's docket more efficiently, the claims against defendant Intercraft Company will be closed. They may be re-opened, without prejudice, upon the motion of any party, pursuant to any action taken in the related bankruptcy proceeding. The right to re-open such claims shall

continue until 30 days after the related bankruptcy proceedings are concluded. All other claims are unaffected by this order.

**SO ORDERED**.

May 1, 2006.

```
                                    _____
                                    A. JOE FISH
                                    CHIEF JUDGE
```