IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SPECIALTY MATBOARD CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-00132 |
| | § | ECF |
| PREMIER DIECUTTING &, | § | |
| MANUFACTURING, INC., DAVID | § | |
| CHIN and INTERCRAFT COMPANY | § | |
| d/b/a THE BURNES GROUP, | § | |
| | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL

Plaintiff Specialty Matboard Corp. ("Plaintiff") and Defendants Premier Diecutting & Manufacturing, Inc., David Chin and Intercraft Company d/b/a The Burnes Group ("Defendants") file this Agreed Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

### I.

Plaintiff and Defendants have entered into a written settlement agreement and, pursuant to that settlement agreement, request that all claims and counterclaims in this consolidated action be dismissed, without prejudice, as set forth in the accompanying Order, filed contemporaneously herewith.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Specialty Matboard Corp. and Defendants Premier Diecutting & Manufacturing, Inc., David Chin and Intercraft Company d/b/a The Burnes Group respectfully request the Court enter an order dismissing, without prejudice, all claims and counterclaims in this action.

Respectfully submitted,

By: _____
    John D. Pinkerton
    State Bar No. 16016700
    Robert T. Slovak
    State Bar No. 24013523
    Douglas W. Lukasik
    State Bar No. 24046326

GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
(214) 999-3000
(214) 999-4667 (fax)
jpinkerton@gardere.com
rslovak@gardere.com
dlukasik@gardere.com

**ATTORNEYS FOR PLAINTIFF SPECIALTY MATBOARD CORP.**

_____
Austin H. England
State Bar No. 06619750
909 Lake Carolyn Parkway, Suite 150
Irving, Texas 75039
(214) 361-9222
(214) 522-8588 (fax)
Austin.england@veonengland.com

Daniel W. Schreimann
State Bar No. 17814400
Schreimann & Associates, P.C.
909 Lake Carolyn Parkway, Suite 150
Irving, Texas 75039
(214) 361-9222
(214) 522-8588 (fax)
dspc@swbell.net

**ATTORNEYS FOR PREMIER DIECUTTING & MANUFACTURING, INC. and DAVID CHIN**

Respectfully submitted,


By:_____
    John D. Pinkerton
    State Bar No. 16016700
    Robert T. Slovak
    State Bar No. 24013523
    Douglas W. Lukasik
    State Bar No. 24046326

GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
(214) 999-3000
(214) 999-4667 (fax)
jpinkerton@gardere.com
rslovak@gardere.com
dlukasik@gardere.com

**ATTORNEYS FOR PLAINTIFF
SPECIALTY MATBOARD CORP.**

_____
Austin H. England
State Bar No. 06619750
909 Lake Carolyn Parkway, Suite 150
Irving, Texas 75039
(214) 361-9222
(214) 522-8588 (fax)
Austin.england@veonengland.com


Daniel W. Schreimann
State Bar No. 17814400
Schreimann & Associates, P.C.
909 Lake Carolyn Parkway, Suite 150
Irving, Texas 75039
(214) 361-9222
(214) 522-8588 (fax)
dspc@swbell.net

**ATTORNEYS FOR PREMIER DIECUTTING &
MANUFACTURING, INC. and DAVID CHIN**

STIPULATION OF DISMISSAL
DALLAS 1707453v2

PAGE 2

<u>\*\*InterCraft Company filed for bankruptcy protection in April and the Court entered an order for automatic stay of the claims involving InterCraft Company on May 1, 2006.</u>

Ashley T. Parrish
State Bar No. 15536850
Robert M. Doby, III
State Bar No. 05928010
Cantey & Hanger
1999 Bryan Street, Suite 3330
Dallas, Texas  75201
(214) 978-4145
(214) 978-4150 (fax)
aparrish@canteyhanger.com
rdoby@canteyhanger.com

William L. Montague, Jr.
Dinsmore & Shohl, LLP
250 West Main Street, Suite 1400
Lexington, Kentucky  40507
(859) 425-1057
(859) 425-1099 (fax)

**ATTORNEYS FOR INTERCRAFT COMPANY D/B/A THE BURNES GROUP**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27TH, 2006, I electronically filed the foregoing document with the Clerk of Court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Austin H. England
Austin H. England, P.C.
909 Lake Carolyn Parkway
Suite 150
Irving, Texas  75039

Ashley T. Parrish
Cantey & Hanger
1999 Bryan Street, Suite 3330
Dallas, Texas 75201

Daniel W. Schreimann
Schreimann & Associates, P.C.
909 Lake Carolyn Parkway
Suite 150
Irving, Texas  75039

William L. Montague, Jr.
Dinsmore & Shohl, LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507

_____
Robert T. Slovak