UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SPECIALTY MATBOARD CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-0132-G |
| PREMIER DIECUTTING & | ) | |
| MANUFACTURING, INC., ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

The court, after considering the agreed stipulation of dismissal, which has been signed by all parties who have appeared in this action, agrees that the agreed stipulation of dismissal is well founded. Therefore, it is **ORDERED** that all claims and counterclaims in this action are **DISMISSED**, without prejudice, with each party to bear its own costs.

September 28, 2006.

_____
A. JOE FISH
CHIEF JUDGE